No. PD-0203-15

FILED IN
COURT OF CRIMINAL APPEALS

FEB 23 2015

Abel Acosta, Clerk

ABEL ACOSTA, CLERK

COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION

AUSTIN, TEXAS, 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 20 2015

Abel Acosta, Clerk

RE: 08-09-00109-CR

CAUSE # 2007-CR-10969-W1

DEAR CLERK,

ENCLOSED PLEASE FIND MY VERIFICATION FORMS FOR TWO MOTIONS I HAVE ALREADY SEALED IN THEIR ENVELOPE. (PPg. 1-9.)

1. MY PRO SE APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE OUT-OF-TIME P.D.R. ; AND (PPg. 3, 4, 5, 6.)

2. MY PR SE PETITIONER'S MOTION TO REQUEST WAIVER OF (11) COPIES FOR PETITIONER'S OUT-OF-TIME P.D.R. (WR-82,671-01). (PPg 8, 9.)

3. NOTICE OF APPEAL. (PAGE 1.)

PLEASE INCORPORATE THESE VERIFICATIONS INTO THE MOTIONS AS TRUE AND CORRECT, DECLARED UNDER PENALTY OF PERJURY.

THANK YOU FOR YOUR KIND ASSISTANCE IN THIS MATTER.

Alex Crank II  #01559591

3872 F.M. 350 SOUTH- POLUNSKY
LIVINGSTON, TX 77351

# UNSWORN DECLARATION BY INMATE

I, ALEX CRANK, II, T.D.C.J. #01559591, BEING PRESENTLY INCARCERATED IN THE POLUNSKY UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE IN POLK COUNTY, TEXAS, VERIFY AND DECLARE UNDER PENALTY OF PERJURY THE FOREGOING STATEMENTS ARE TRUE AND CORRECT.

SIGNED ON THIS THE 15th DAY OF FEBRUARY, ANNO DOMINI. 2015.

_Alex Crank II_
_____
ALEX CRANK II, APPELLANT/PETITIONER
T.D.C.J. # 01559591
POLUNSKY UNIT
3872 F.M. 350 SOUTH
LIVINGSTON, TEXAS
77351